DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANNON RAE QUINN,**
Appellant,

v.

**THOMAS JOSEPH QUINN,**
Appellee.

No. 4D22-1972

[October 20, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312014DR000489.

Doreen Inkeles of The Law Firm of Charles D. Jamieson, P.A., West Palm Beach, for appellant.

Bradley W. Rossway of Rossway Swan Tierney Barry & Oliver, P.L., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***